IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HENRY WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv60-MHT |
| | ) | (WO) |
| CASTILLO POULTRY, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Upon consideration of the plaintiff's notice of voluntary dismissal with prejudice (doc. no. 5), it is the ORDER, JUDGMENT, and DECREE of the court that this case is dismissed in its entirety with prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of March, 2015.

         /s/ Myron H. Thompson_____
        UNITED STATES DISTRICT JUDGE